IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL R. HRICIK | : | CIVIL ACTION |
| v. | : | No. 14-3228 |
| STRYKER BIOTECH, LLC, et al. | : | |

## **ORDER**

AND NOW, this 30th day of January, 2015, it is ORDERED Plaintiff Michael R. Hricik's Motion for Remand (Document 10) is GRANTED. The above-captioned civil action is REMANDED to the Court of Common Pleas of Philadelphia County.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

  /s/ Juan R. Sánchez  
Juan R. Sánchez, J.